UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD CARR,** : | |
|     **Plaintiff** : | CIVIL ACTION NO. 1:20-1209 |
| : | |
| **v.** : | **(JUDGE MANNION)** |
| : | |
| **SMOKE et al.,** : | |
|     **Defendants** : | |

# ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. 33) is **GRANTED** in part and **DENIED** in part, as follows:

   a. Defendants' motion is **GRANTED** as to all claims against defendants Gourley, Meintel, Varner, Reese, Gregoire, and Newberry.

   b. Defendants' motion is **GRANTED** as to all First and Fourteenth Amendment claims against all Defendants.

   c. Defendants' motion is **DENIED** as to Carr's Eighth Amendment claim of excessive force against defendant Smolke and Carr's Eighth Amendment conditions-of-confinement claim against defendant Brittain.

2. Entry of judgment in accordance with paragraph 1 above will be **DEFERRED** pending resolution of the remaining claims in this case.

3. Carr's motion for summary judgment (Doc. 36) is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  February 25, 2022**
20-1209-01-ORDER